**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Francisco Corral, | No. 07-CV-1993-PHX-FJM |
| Petitioner, | **ORDER** |
| vs. | |
| Dora B. Schriro, et al., | |
| Respondents. | |

The court has before it petitioner's petition for writ of habeas corpus (doc. 1), respondents' answer (doc. 9), and the report and recommendation of the United States Magistrate Judge (doc. 12), which recommends that the petition be denied and dismissed with prejudice. Petitioner has failed to file objections, and the time filing them has expired. Therefore, we adopt the report and recommendation in full. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Accordingly, **IT IS ORDERED DENYING** the petition for writ of habeas corpus (doc. 1).

DATED this 13th day of August, 2008.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge